33,551-12

Court of Criminal Appeals
Clerk Abel Acosta
P.O. Box 12308
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

Re: APPLICATION FOR WRIT of MANDAMUS
      DARRYL LEE #1231037 CAUSE No. B-78-M012-0-PR-B-2
FRATERNAL GREETINGS CLERK,            MARCH 15, 2015
      ENCLOSED IS THE ORIGINAL COPY of RELATOR'S
APPLICATION FOR WRIT of MANDAMUS IN THE
ABOVE-STYLED CAUSE. PLEASE STAMP, FILE AND
BRING it TO THE ATTENTION of THE COURT. PLEASE
ALSO SERVE A COPY of THIS APPLICATION TO THE
BEE COUNTY DISTRICT CLERK.
      YOUR SUBJECTIVE AID, HELP AND INFLUENCE
SHALL BE GREATLY APPRECIATED IN THIS MERITORIOUS
ENDEAVOR of TRUTH, JUSTICE AND RELIEF.
                              CORDIALLY YOURS

                              SIR. DARRYL LEE #1231037
                              ALFRED HUGHES UNIT
                              ROUTE 2 BOX 4400
                              GATESVILLE, TX. 76597

# TEXAS COURT OF CRIMINAL APPEALS

## CAUSE NO. B-98-M012-0-PR-B-2

| | |
|---|---|
| DARRYL JAYVONN LEE * | IN THE 156TH JUDICIAL |
| TDCJ-ID No. 1231037, * | DISTRICT COURT OF |
| RELATOR * | BEE COUNTY, TEXAS |
| V. * | |
| ZENAIDA SILVA * | |
| BEE COUNTY DISTRICT CLERK | |
| IN HER OFFICIAL CAPICITY, | |
| RESPONDENT | |
| * | |

## PETITIONER'S APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now DARRYL J. LEE, RELATOR, PRO.SE IN THE ABOVE-STYLED AND NUMBERED CAUSE of ACTION AND FILES THIS ORIGINAL PETITIONER'S APPLICATION FOR WRIT of MANDAMUS, PURSUANT TO ARTICLE 11.07 SECTION 3(c) of THE TEXAS CODE of CRIMINAL PROCEDURE AND WOULD SHOW THE COURT THE FOLLOWING:

I.

A) RELATOR, DARRYL J. LEE, TDCJ No. 1231037 is AN PRISONER INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND is APPEARING PRO.SE, WHO CAN BE LOCATED AT ALFRED HUGHES UNIT, CORYELL COUNTY, TEXAS 76597.

RELATOR HAS EXHAUSTED HIS REMEDIES AND

-1-

HAS NO OTHER ADEQUATE REMEDY AT LAW.
B) THE ACT SOUGHT TO BE COMPELLED IS
MINISTERIAL, NOT DISCRETIONARY IN NATURE.
TEXAS CODE OF CRIMINAL PROCEDURE ART. 11.07
SECTION 3 (C) REQUIRES RESPONDENT TO
IMMEDIATELY TRANSMIT TO THE TEXAS
COURT OF CRIMINAL APPEALS A COPY
OF THE APPLICATION FOR WRIT OF HABEAS
CORPUS, ANY ANSWERS FILED, AND A
CERTIFICATE RECITING THE DATE UPON
WHICH THAT FINDING WAS MADE, IF
THE CONVICTING COURT DECIDES THAT
THERE ARE NO ISSUES TO BE RESOLVED.
NO COPY OF THE APPLICATION FOR WRIT
OF HABEAS CORPUS, ANY ANSWERS FILED
AND A CERTIFICATE RECITING THE
DATE UPON WHICH THAT FINDING WAS
MADE HAVE BEEN TRANSMITTED TO
THE COURT OF CRIMINAL APPEALS. HAD
SUCH DOCUMENTS BEEN TRANSMITTED
TO THE COURT OF CRIMINAL APPEALS
BY RESPONDENT AS REQUIRED BY
STATUTE, RELATOR WOULD HAVE
RECEIVED NOTICE FROM THE COURT
OF CRIMINAL APPEALS.

-2-

## II.

RESPONDENT, ZENAIDA SILVA, IN HER CAPACITY AS DISTRICT CLERK OF BEE COUNTY, TEXAS HAS A MINISTERIAL DUTY TO RECEIVE AND FILE ALL PAPERS IN A CRIMINAL PROCEEDING AND PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE ART. 2.21 AND IS RESPONSIBLE UNDER T.C.C.P 11.07 SEC. 3(c) TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE IF THE CONVICTING COURT DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. ZENAIDA SILVA, DISTRICT CLERK, BEE COUNTY MAY BE SERVED AT HER PLACE OF BUSINESS AT DISTRICT CLERK BEE COUNTY, P. O. BOX 666, BEEVILLE, TX. 78104.

## III.

Violation of ART. 11.07 of THE TEX. C.C. Proc.

A) THE RESPONDENT VIOLATED ARTICLE 11.07 SECTION 3(c) OF THE TEXAS CODE OF CRIMINAL

-3-

PROCEDURE BY FAILING TO PROVIDE A COPY of THE APPLICATION FOR WRIT of HABEAS CORPUS, ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT of CRIMINAL APPEALS WITHIN THE TIME PRESCRIBED BY LAW AND WITHIN A REASONABLE TIME FROM THE DATE ON WHICH THE DOCUMENTS WERE REQUESTED TO BE TRANS - MITTED.

B) REQUESTS for THE TRANSMITTAL of THE APPLICATION for WRIT of HABEAS CORPUS, ANY ANSWERS FILED AND A CERTIFI - CATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE WERE MADE BY RELATOR TO ZENAIDA SILVA, DISTRICT CLERK, BEE COUNTY BY FIRST CLASS MAIL DATED NOVEMBER 11, 2014 BUT WAS FILED ON JANUARY 14, 2015 PURSUANT TO ARTICLE 11.07 SECTION 3(C) of THE CODE of CRIMINAL PROCEDURE.

C) TO DATE RELATOR HAS RECEIVED NO RESPONSE FROM RESPONDENT REGARDING RELATOR'S REQUEST FOR TRANSMITTAL of A

-4-

Copy of the Application for Writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

D) Relator has put Respondent on Notice thru Relator's letter dated January 8, 2015 seeking the transmittal of a copy of the Application for Writ of Habeas Corpus, any answers filed and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such records are required by the Court of Criminal Appeals to act on Relator's Writ of Habeas Corpus. Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.07 Section 3(c), is acting in bad faith and has also failed to afford Relator the Professional and Common Courtesy of any written responses to his correspondence and requests.

E) Article 11.07 Section 3(c) clearly states that "If the convicting court decides that there are no such issues, the Clerk shall immediately transmit to the Court of Criminal

APPEALS A COPY of THE APPLICATION, ANY ANSWERS filed AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT finding WAS MADE. FAILURE of THE COURT To ACT WITHIN THE ALLOWED 20 DAYS SHALL CONSTITUTE SUCH A finding." TEXAS CODE of CRIMINAL PROCEDURE ARTICLE 11.07 SEC.3(c). RESPONDENT is iN VIOLATION of THIS PROCEDURE, MINISTERIAL DUTIES AND THUS THE LAWS of THIS GREAT STATE of TEXAS.

## IV.
## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, RELATOR DARRYL J. LEE, PRO.Se, RESPECTFULLY REQUESTS A finding THAT THE RESPONDENT DiD NOT TRANSMIT DOCUMENTS To THE COURT of CRIMINAL APPEALS WITHIN A REASONABLE Time AFTER THE DATE THEY WERE REQUESTED AND THAT RELATOR BROUGHT THIS LITIGATION iN GOOD FAITH AND HAS SUBSTANTIALLY PREVAILED. RELATOR PRAYS for AN ORDER DIRECTING RESPONDENT To TRANSMIT COPY of THE APPLICATION for WRIT of HABEAS CORPUS, ANY ANSWERS filed AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT finding WAS MADE To THE COURT of CRIMINAL APPEALS AS DIRECTED iN ARTICLE 11.07 SECTION 3(c) of THE TEXAS

Code of Criminal Procedure and As Requested in Relator's Letter.

Executed this 15th Day of March 2015.

Respectfully Submitted,

By: _____

RELATOR

## INMATE'S DECLARATION

I, DARRYL J. LEE, Am the Relator And Being Presently incarcerated in Gatesville, Texas Declare under Penalty of Perjury that According to my Belief, the facts Stated in the Above Application Are True And Correct.

Executed on this 15th Day of March 2015.

_____

RELATOR

## CERTIFICATE OF SERVICE

I Hereby Certify that A True Copy of the Above Application For Writ of Mandamus Was Served on Clerk, Abel Acosta By Placing A Copy in the U.S. Mail Addressed To: Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711 on this 16th Day of March 2015.

RELATOR: _____

SR. DARRYL LEE #1231037
ALFRED HUGHES UNIT
ROUTE 2 BOX 4400
GATESVILLE, TX 76597

-7-